UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 17-06431-ODW(JPR) | Date | November 21, 2017 |
|---|---|---|---|
| Title | *United States v. Joseph Katash and Jacqueline Katash* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                 **In Chambers**

    On September 6, 2017, the Court ordered Joseph Katash and Jacqueline Katash (collectively, "Defendants") to show cause why the Court should not compel Defendants to produce books, papers, records, and other data demanded in the IRS' subpoena. (ECF No. 5.) Defendants did not respond to the Court's order, but on October 13, 2017, the IRS filed a Notice of Compliance. (ECF No. 10.) The notice explains that Defendants provided documents to the United States sufficient to satisfy the IRS summons. (*Id.*)

    Accordingly, the Court **DISMISSES** this action.

    **IT IS SO ORDERED.**

                                                                                        :     00

                                          Initials of Preparer     SE